STATE of Missouri, Respondent,

v.

Frederick Raymond DRONEY,
Appellant.

Frederick Raymond DRONEY,
Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42301.

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Glenn RUFF, Appellant,

v.

STATE of Missouri, Respondent.

No. 58558.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 3, 1991.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and ULRICH, JJ.

ORDER

PER CURIAM.

In this consolidated proceeding, Frederick Raymond Droney appeals from his conviction on two counts of a Class B felony of sodomy and from denial of appellant's Rule 29.15 motion.

Affirmed. Rule 30.25(b) and 84.16(b).